IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Timothy Long,                                          :
                                                       :
              Plaintiff(s),                            :
                                                       :    Case Number: 1:14cv841
       vs.                                             :
                                                       :    Judge Susan J. Dlott
Carolyn W. Colvin, Acting Commissioner
of Social Security,                                    :
                                                       :
              Defendant(s).                            :

ORDER

       This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States Magistrate

Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the

pleadings and filed with this Court on February 2, 2016 a Report and Recommendation (Doc. 15).

Subsequently, the plaintiff filed objections to such Report and Recommendation ( Doc. 16).

       The Court has reviewed the comprehensive findings of the Magistrate Judge and considered

de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine

that such Recommendation should be adopted.

       Accordingly, the decision of the Commissioner to deny Plaintiff's Disability Insurance

Benefits is AFFIRMED since it is supported by substantial evidence.

       This matter is hereby TERMINATED from the Court's docket.

       IT IS SO ORDERED.


                                          ___s/Susan J. Dlott_____
                                          Judge Susan J. Dlott
                                          United States District Court